## EDGERTON v. WHITEN et al.

RUSSELL, C. J. Under the facts appearing in the record and under the law applicable thereto, the judge did not err in granting a temporary injunction and appointing a temporary receiver.

*Judgment affirmed. All the Justices concur, except Gilbert, J., who dissents.*

No. 8610. DECEMBER 21, 1931. REHEARING DENIED MARCH 2, 1932.

*J. P. Highsmith* and *Jap. H. Highsmith,* for plaintiff in error.
*M. E. Wood* and *H. J. Lawrence,* contra.